

Julie H. Firestone
90 South 7th Street
Suite 2800
Minneapolis, MN 55402
Julie.Firestone@lewisbrisbois.com
Direct: 612.428.5036

April 21, 2026

**VIA ECF**

The Honorable Dulce J. Foster
Magistrate Judge
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

> Re:    Lofquist v. Midwest Resale Specialist Inc.
> Case No.: 25-CV-4592 (JRT/DJF)

> **July 10 Settlement Conference**

Dear Judge Foster:

We represent Defendant Midwest Resale Specialist Inc. ("Midwest Resale") in the above-captioned case. Midwest Resale submits this letter pursuant to the Court's Order for Settlement Conference dated April 14, 2026.

I will be attending the July 10, 2026, settlement conference. Attendees will include Elaina Beatt, an authorized representative of the insurer Convex North America Insurance Services, Inc., and Aaron Hanson on behalf of Midwest Resale, who will have full settlement authority.

We respectfully request that Your Honor allow Mr. Hanson to be situated away from Plaintiff's counsel during the settlement proceedings, due to prior poor experiences between them from Mr. Hanson's perspective. Defendant believes that separating Mr. Hanson from Plaintiff's counsel will benefit the parties and lead to a more focused proceeding.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA

MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA

OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

Hon. Judge Foster
April 21, 2026
Page 2

Very truly yours,

/s/ Julie H. Firestone

Julie H. Firestone of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

cc:      All parties of record

JHF/MMZ

175393383.1